# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**SALVADORE LAMONTE**                                                     **PLAINTIFF**

v.                                             **CAUSE NO. 1:23-cv-00177-LG-BWR**

**UNKNOWN WOODALL**                                           **DEFENDANT**
*Doctor*

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m) for Plaintiff Salvador Lamonte's failure to provide a valid address for service of process.

**SO ORDERED AND ADJUDGED** this the 26th day of April, 2024.

                                                           s/ *Louis Guirola, Jr.*

                                                           LOUIS GUIROLA, JR.
                                                           UNITED STATES DISTRICT JUDGE